NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

SEP 16 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-30187 |
| Plaintiff-Appellee, | D.C. No. 1:18-cr-02042-SMJ-1 |
| v. | |
| DANIEL RODRIGUEZ-SANTOS, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Salvador Mendoza, Jr., District Judge, Presiding

Submitted September 8, 2020**

Before:    TASHIMA, SILVERMAN, and OWENS, Circuit Judges.

Daniel Rodriguez-Santos appeals from the district court's judgment and

challenges his jury-trial conviction and 144-month sentence for possession with

intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1),

(b)(1)(B)(viii), and possession of a firearm in furtherance of a drug trafficking

---

    *    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    **    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

crime, in violation of 18 U.S.C. § 924(c)(1)(A).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Rodriguez-Santos's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Rodriguez-Santos has filed a pro se supplemental brief.  No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal. Contrary to Rodriguez-Santos's argument in his pro se brief, counsel's brief comports with the requirements of *Anders*.  *See Anders*, 386 U.S. at 744.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**